Lorraine Howell (SBN 202319)
301 E. 17th Street, Ste 210
Wells Fargo Building
Costa Mesa, CA 92627
Tel:   (949) 689-4765
Tel:   (949) 646-5363
email: lghowell@sbcglobal.net
Attorney for Plaintiff
Arthur G. Lawrence

GREENBERG TRAURIG, LLP
Ginger H. Pigott (SBN 169208)
*PigottG@gtlaw.com*
Robert H. Gruber (SBN 301620)
*GruberR@gtlaw.com*
1840 Century Park East, 19th Floor
Los Angeles, CA  90067-2121
Tel:   310-586-7700
Fax:   310-586-7800
Attorneys for Defendants
MEDTRONIC, INC. and
MEDTRONIC SOFAMOR DANEK USA, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR G. LAWRENCE,<br><br>    Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRON SOFAMOR DANEK USA, INC.; DOES 1-40<br><br>    Defendants. | CASE NO. 2:17-cv-05384-R-JPR<br><br>**ORDER DISMISSING DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC. WITH PREJUDICE AND REMANDING REMAINING ACTION TO STATE COURT**<br><br>Removal Filed:   July 20, 2017<br>Trial Date:   None Set<br>Judge:   Hon. Manuel Real |

ORDER

The parties having stipulated, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Defendants MEDTRONIC, INC. and MEDTRONIC SOFAMOR DANEK USA, INC. are hereby DISMISSED, with prejudice.
2. This case is hereby REMANDED back to the California Superior Court in and for the County of Los Angeles, Department 93, Stanley Mosk Courthouse, 111 N. Hill Street, Los Angeles, California 90012. Upon dismissal of these defendants and remand of this case, this Court will no longer have jurisdiction over this action.
3. Each party shall bear its own costs.

Dated: February 5, 2018

_____

The Hon. Manuel Real
Judge of the U.S. District Court
Central District of California

LA 133496955v1